## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

---

IN RE:

**JIMMY M. CHAMPAGNE and**                         Case No. 23-10727
**ANGELICA CHAMPAGNE, a/k/a**
**MARIA ANGELICA GONZALEZ,**

            **Debtors.**

---

### AFFIDAVIT OF MAILING

---

JILENE R. DAWSON, being sworn, states that on August 8, 2023, she mailed properly enclosed in a postpaid envelope a copy of Notice of Motion and Motion to Approve Settlement with Debtors, the originals of which have been electronically filed herein, addressed to each of the following parties at their respective addresses unless sent electronically during the filing of this document:

| | | |
|---|---|---|
| To: | U.S. Trustee's Office<br>780 Regent Street, Ste. #304<br>Madison, WI 53715<br>*(via electronic filing only)* | Atty. Michelle A. Angell<br>*(via electronic filing only)*<br><br>All parties on attached creditor list.<br><br>RUDER WARE<br><br>*/s/ Jilene R. Dawson*<br>_____<br>Jilene R. Dawson, Legal Assistant<br>402 Graham Avenue<br>P.O. Box 187<br>Eau Claire, WI 54702 |

Subscribed and sworn to before
me this 8th day of August, 2023.
*/s/ Morgan H. Sweeney*
_____
Morgan H. Sweeney, Notary Public
My commission expires 1/5/2024

4856-8926-2710, v. 1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0758-3<br>Case 3-23-10727-cjf<br>Western District of Wisconsin www.wiwb.uscour<br>Madison<br>Tue Aug 8 09:13:37 CDT 2023 | ARS National Services Inc<br>PO Box 469100<br>Escondido, CA 92046-9100 | Access Community Health<br>PO Box 620993<br>Middleton, WI 53562-0993 |
| Michelle A. Angell<br>Krekeler Law, S.C.<br>26 Schroeder Court, Ste 300<br>Madison, WI 53711-2503 | Capital Management Services LP<br>P.O. Box 120<br>Buffalo, NY 14220-0120 | Capital One/Cabela's<br>ATTN: Bankruptcy Dept<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Angelica Champagne<br>PO Box 652<br>De Forest, WI 53532-0652 | Jimmy M Champagne<br>PO Box 652<br>De Forest, WI 53532-0652 | Costco- Citi<br>PO Box 9001016<br>Louisville, KY 40290-1016 |
| Discover<br>P.O. Box 6105<br>Carol Stream, IL 60197-6105 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Estate Information Services/EIS Collect.<br>PO Box 1398<br>Reynoldsburg, OH 43068-6398 |
| Great Midwest Bank<br>15900 West Bluemound Road<br>Brookfield, WI 53005-6065 | Daniel J. Habeck<br>1601 E. Racine Avenue, Ste 200<br>P.O. Box 558<br>Waukesha, WI 53187-0558 | IRS - Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Insolvency Unit<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Office of the United States Trustee<br>780 Regent Street<br>Suite 304<br>Madison, WI 53715-2635 | Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 |
| Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 | Christopher M. Seelen<br>Ruder Ware, LLSC<br>402 Graham Avenue<br>P.O. Box 187<br>Eau Claire, WI 54702-0187 | U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-2635 |
| UW Health<br>PO Box 620993<br>Middleton, WI 53562-0993 | United States Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 |
| Wisconsin Department of Revenue<br>ATTN: Bankruptcy Unit, MS 5-144<br>PO Box 8901<br>Madison, WI 53708-8901 | Wisconsin Dept. of Workforce Development<br>Division of Unemployment Insurance<br>P.O. Box 8914<br>Madison, WI 53708-8914 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.